**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| OMNIPOINT COMMUNICATIONS, INC., and OMNIPOINT FACILITIES NET-WORK 2, L.L.C., | : | Civil Action No. |
| | : | |
| | : | 3:03-cv-0900(AWT) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| THE COUNTRY CLUB OF NEW CA-NAAN, INC., | : | |
| | : | |
| Defendant. | : | SEPTEMBER 29, 2003 |

<u>**DEFENDANT'S MOTION TO SET ASIDE DEFAULT**</u>

The Defendant, The Country Club of New Canaan, Inc. ("CCNC"), by its under-signed counsel, hereby moves the Court, pursuant to Fed. R. Civ. Proc. 55(c) and 60, for an Order setting aside the default entered pursuant to the Court's September 22, 2003 Or-der granting in part the plaintiffs' Motion for Sanctions.  This Motion is based on upon the following:

1.      The Plaintiffs commenced this action on May 22, 2003, and served CCNC with the Summons and Complaint on May 23, 2003.  A copy of the Civil Docket as of September 28, 2003, is annexed hereto as <u>Exhibit A</u>.

2.      CCNC's counsel filed a Notice of Appearance on June 13, 2003, but the Notice of Appearance has not been entered on the Civil Docket for this action.  A copy of

**ORAL ARGUMENT REQUESTED**

GRANTED. The court's Order [doc. #7] granting the plaintiffs' Motion for Sanctions for Failure to Plead and for Failure to Respond to Discovery is hereby VACATED. The Clerk is instructed to treat as originals and docket Exhibit B and Exhibit C hereto. It is so ordered.

Hartford, CT    10/14/2003

Alvin W. Thompson, U.S.D.J.