

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMNIPOINT COMMUNICATIONS INC., and OMNIPOINT FACILITIES NET-WORK 2, L.L.C., | : | Civil Action No.: |
| | : | |
| | : | 3:03-CV-0900 (AWT) |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| THE COUNTRY CLUB OF NEW CA-NAAN, INC., | : | |
| | : | |
| Defendant. | : | June 12, 2003 |

## NOTICE OF APPEARANCE

Please enter the Appearance of the following as counsel for the defendant, The

Country Club of New Canaan, Inc.

By:  _R. F. Maslan_

Robert F. Maslan, Jr., Esq. (ct-07919)
Rucci, Burnham,
Carta & Edelberg, LLP
30 Old King's Highway South
P.O. Box 1107
Darien, CT  06820
(203) 899-3300
Facsimile:  (203) 655-4302
e-mail:  rmaslan@rbce.com
Its Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and first class

mail, postage prepaid, to the following counsel and pro se parties of record, this 12th day

of June, 2003:

Dennis F. Kerrigan, Esq.
Stephen J. Humes, Esq.
Brian O'Donnell, Esq.
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Robert F. Maslan, Jr., Esq.