


UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMNIPOINT COMMUNICATIONS INC., and OMNIPOINT FACILITIES NETWORK 2, L.L.C., | : : : : | Civil Action No.: 3:03-CV-0900 (AWT) |
| Plaintiffs, | : | |
| vs. | : : | |
| THE COUNTRY CLUB OF NEW CANAAN, INC., | : : : : | |
| Defendant. | : | June 12, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant, The Country Club of New Canaan, Inc., by its undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(b)(1), hereby moves for an extension of 30 days in the time to file an answer or motion addressed to the complaint. Good cause exists in that the defendant has referred the summons and complaint to its insurance carrier, which has not yet determined whether to retain separate defense counsel.

The undersigned has consulted with opposing counsel, who agrees to the requested 30-day extension. No prior motions for extension of time with respect to the filing of an answer or motion addressed to the complaint have been filed.

THE DEFENDANT
THE COUNTRY CLUB OF NEW CANAAN, INC.

By: _____
Robert F. Maslan, Jr., Esq. (ct-07919)
Rucci, Burnham,
Carta & Edelberg, LLP
30 Old King's Highway South
P.O. Box 1107
Darien, CT 06820
(203) 899-3300
Facsimile: (203) 655-4302
e-mail: rmaslan@rbce.com
Its Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile and first class mail, postage prepaid, to the following counsel and pro se parties of record, this 12th day of June, 2003:

Dennis F. Kerrigan, Esq.
Stephen J. Humes, Esq.
Brian O'Donnell, Esq.
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Robert F. Maslan, Jr., Esq.