# STATE OF CONNECTICUT
# DEPARTMENT OF TRANSPORTATION

Subject:

The Connecticut Department of Transportation
Office of Maintenance
Bureau of Engineering and Highway Operations

Request from the Office of Maintenance

The Office of Maintenance must review any future proposals for telecommunications towers. There must be a 30 days allowed for the review process. This time reflect review by the district offices in which the tower will be placed.

Office of Maintenance - Policy

The placement of a telecommunication tower must be far enough away from a State of Connecticut roadway to protect the travelling public should the tower ever collapse. A minimum distance from roadway of the tower height is required.

There can be no access to the tower from the state roadway.

Contact:

Charles A. Drda
Transportation Maintenance Director
Department of Transportation
Bureau of Engineering and Highway Operation
2800 Berlin Turnpike
Newington, CT 06131-7546

Charles.Drda@po.state.ct.us