# RUCCI, BURNHAM, CARTA & EDELBERG, LLP
## Attorneys at Law

JOSEPH J. RUCCI, JR.
PAUL H. BURNHAM
MARK R. CARTA
PAUL B. EDELBERG*
WILLIAM M. CARELLO*
ROBERT F. MASLAN, JR.*
COLETTE SYMON HANRATTY*
GEORGE A. REILLY*

THERESA ANNE TWIGG
ARTHUR K. ENGLE
DAVID J. RUCCI
SANDRA J. AKOURY
HAYDEN R. BRAINARD, JR.*
DARCY S. McALISTER
CHRISTOFFEL KREDIET

Of Counsel:
IAN R. CRAWFORD*
JAMES C. DEMPSEY*
STUART A. McKEEVER*
ALBERTO N. MORIS**
JAMES F. SULLIVAN†
JOHN W. HETHERINGTON*

30 OLD KING'S HIGHWAY SOUTH
P.O. BOX 1107
DARIEN, CONNECTICUT 06820
TELEPHONE (203) 899-3300
FACSIMILE (203) 655-4302

www.rbce.com

March 20, 2003

New Canaan Office:
71 ELM STREET
P.O. BOX 1680
NEW CANAAN, CT 06840
TELEPHONE (203) 966-6500
FACSIMILE (203) 801-2065

Stamford Office:
6 LANDMARK SQUARE
SUITE 470
STAMFORD, CT 06901
TELEPHONE (203) 359-5837

*ALSO ADMITTED IN NEW YORK
**ADMITTED IN FLORIDA ONLY
†ALSO ADMITTED IN ARIZONA

Writer's Direct Dial: (203) 899-3341
Writer's e-mail: jrucci@rbce.com

FACSIMILE 860-293-3730 and
CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Stephen J. Humes, Esq.
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Re: Omnipoint Communications, Inc.
Omnipoint Facilities Network II, LLC and
The Country Club of New Canaan, 95 Country Club Road, New Canaan, CT

Dear Mr. Humes:

This firm represents The Country Club of New Canaan, Inc. in connection with a purported lease of premises by Omnipoint Communications, Inc. at 95 Country Club Road, New Canaan, Connecticut.

Please be advised that after a review of a document entitled "LEASE AGREEMENT" between those parties it is our considered opinion that the Lease Agreement is invalid and of no force and effect because, inter alia, it fails to identify the property purported to be the subject of the Lease.

On behalf of The Country Club of New Canaan, we are advising you that any applications by any entity or organization claiming rights under such LEASE AGREEMENT pending before the Connecticut Siting Council or any other entities

*Established 1978*

Stephen J. Humes, Esq.
March 20, 2003
Page 2

including the one dated March 3, Connecticut Siting Council 2003, Docket No. 244, should be withdrawn.

On behalf of The Country Club of New Canaan, Inc., we reserve the right to assert any other bases in law and equity with respect to the invalidity of this purported lease.

Please also be advised that all correspondence and communications regarding this matter are to be addressed to the undersigned.

Very truly yours,

Joseph J. Rucci, Jr.

JJR:ak
cc: Mr. Hiram W. Peck III, Town Planner