UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS INC, and OMNIPOINT FACILITIES NETWORK 2, L.L.C. : | |
| Plaintiffs, : | Civil Action No.: 303CV0900AWT |
| vs. : | |
| THE COUNTRY CLUB OF NEW CANAAN, INC : | |
| Defendant. : | October 27, 2003 |

### AFFIDAVIT OF BRIAN O'DONNELL

I, Brian O'Donnell, being duly sworn, hereby depose and state:

1. I am over the age of 18 and believe in the obligations of an oath;

2. I represent Omnipoint Communications Inc., Omnipoint Facilities and Network 2, L.L.C. (collectively referred to herein as "Omnipoint") in the above captioned case;

3. The document attached to Omnipoint's Memorandum as Exhibit 2 is a true and accurate copy of the letter from Joseph J. Rucci, Jr., Esq. to Stephen J. Humes, Esq. dated March 30, 2003 which was provided to counsel for Omnipoint;

4. The document the attached to Omnipoint's Memorandum of Law in Opposition to Defendant's Motion to Stay ("Omnipoint's Memorandum") as Exhibit 3 is a true and accurate copy of the draft 26(f) report that I emailed to Attorney Robert F. Maslan, Jr. on July 10, 2003;

5. The documents attached to Omnipoint's Memorandum as Exhibits 5 and 6 are true and accurate copies of the printed email messages that I emailed to Attorney Robert F. Maslan, Jr. on July 10, 2003 and July 16, 2003;

6. The document attached to Omnipoint's Memorandum as Exhibit 7 is a true and accurate copy of Defendant's Notice of Intent to Be Party and Petition for Party Status, which was provided to counsel for Omnipoint;

7. Further affiant sayeth naught.

Dated at Hartford, Connecticut, this 27th day of October 2003.

_____
Brian O'Donnell

Subscribed and sworn to before me
this 27th day of October 2003.

_____
Notary Public

**MARY K. LARSON**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JUNE 30, 2007