**From:** Brian O'Donnell
**To:** Maslan, Robert F. Jr.
**Date:** 7/10/03 5:27PM
**Subject:** draft 26(f) report

Bob,

As we discussed, attached is a draft 26(f) report. Please e-mail back your recommended changes. T-Mobile has not yet approved this draft. We will relay it to T-Mobile at the same time you show it to your client.

Pursuant to Rule 26(f), we have 14 days after our conference to submit the report to the Court. That gives us until July 22 by my count.

Regards,
Brian O'Donnell


Brian O'Donnell
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
225 Asylum Street
Hartford, CT 06103
(860) 293-3747
bodonnel@llgm.com


**CC:**    Humes, Stephen