03CV900 Memorandum of STAY 6

**From:**     Brian O'Donnell
**To:**       Maslan, Robert
**Date:**     7/16/03 1:19PM
**Subject:**  26(f) report

Bob,

I am writing to ask about the status of the draft 26(f) report I sent to you by e-mail on July 10.  As I read Rule 26(f)(4) of the Federal Rules, we must submit our report to the Court 14 days after our conference. The conference was on July 8, and the report is thus due on July 22 (next Tuesday).  Please let me know if you require changes to the draft.  Thank you.

Regards,
Brian O'Donnell


Brian O'Donnell
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
225 Asylum Street
Hartford, CT 06103
(860) 293-3747
bodonnel@llgm.com


**CC:**       Humes, Stephen