UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC., and OMNIPOINT FACILITIES NETWORK 2, L.L.C. | : : : |
| Plaintiffs, | : Civil Action No.: : 303CV0900AWT |
| vs. | : : |
| THE COUNTRY CLUB OF NEW CANAAN, INC | : : : : |
| Defendant. | : October 27, 2003 : |

**APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiffs Omnipoint Communications, Inc. and Omnipoint Facilities Network 2, L.L.C. in the above-referenced action.

Respectfully submitted,

By: *Jessica A. Ballou*
Jessica A. Ballou, Esq. (CT22253)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent by first-class mail, postage prepaid, this 27th day of October 2003, to the following counsel of record:

Robert F. Maslan, Jr.
Mark R. Carta
Rucci, Burnham, Carta & Edelberg, L.L.P.
30 Old King's Highway South
P.O. Box 1107
Darien, CT 06820

_____
Jessica A. Ballou