5

HEARING RE: OMNIPOINT FACILITIES NETWORK 2
MAY 22, 2003 (2:10 PM)

1          . . .Verbatim proceedings of a hearing
2      before the State of Connecticut Siting Council in the
3      matter of two applications by Omnipoint Facilities
4      Network 2, LLC, a subsidiary of T-Mobile USA, Inc., held
5      at the New Canaan Town Hall Auditorium, 77 Main Street,
6      New Canaan, Connecticut, on May 22, 2003 at 2:10 p.m., at
7      which time the parties were represented as hereinbefore
8      set forth . . .
9
10
11          CHAIRMAN PAMELA B. KATZ:  Ladies and
12      gentlemen, this hearing is called to order Thursday, May
13      22, 2003, at 2:10 p.m.
14          My name is Pamela B. Katz, Chairman of the
15      Connecticut Siting Council.  Other members of the Council
16      are, on my far left Daniel P. Lynch, Jr., Edward S.
17      Wilensky, Brian Emerick, designee for Commissioner Rocque
18      of DEP, Philip T. Ashton.  And on my right, Brian
19      O'Neill.
20          Members of the staff are S. Derek Phelps,
21      Executive Director, Christina Lepage, Siting Analyst.
22      Robert Marconi, our Assistant Attorney General, will be
23      arriving shortly.  And the court reporter is Tony
24      Vanacore.

POST REPORTING SERVICE
HAMDEN, CT   (800) 262-4102

6

HEARING RE: OMNIPOINT FACILITIES NETWORK 2
MAY 22, 2003 (2:10 PM)

1              This hearing is held pursuant to
2     provisions of Title 16 of the General Statutes Section of
3     Connecticut and the Uniform Administrative Procedures Act
4     on two applications.  Docket No. 243 is an application
5     from Omnipoint Facilities Network, LLC, a subsidiary of
6     T-Mobile, USA, Inc., for a Certificate of Environmental
7     Compatibility and Public Need for the construction,
8     maintenance, and operation of a wireless
9     telecommunications facility at 270 Valley Road in New
10    Canaan, Connecticut.  This application was received by
11    the Council on February 25, 2003.
12              Docket 244 is an application from
13    Omnipoint Facilities Network 2, LLC, a subsidiary of T-
14    Mobile, USA, Inc., for a Certificate of Environmental
15    Compatibility and Public Need for the construction,
16    maintenance, and operation of a wireless
17    telecommunications facility at 95 Country Club Road, New
18    Canaan, Connecticut.  This application was received by
19    the Council on May 3, 2003.
20              A VOICE:  No, March.
21              CHAIRMAN KATZ:  March, sorry.  As required
22    by law, ex parte or off-the-record communication with a
23    Council member or a Council staff member on the merits of
24    this application is prohibited.

HEARING RE: OMNIPOINT FACILITIES NETWORK 2
MAY 22, 2003 (2:10 PM)

7

```
 1                I also wish to note that the
 2    Telecommunications Act of 1996, a federal law passed by
 3    the U.S. Congress, restricts this Council's actions.
 4                For example, this act prohibits any state
 5    or local government agency, including this Council, from
 6    regulating telecommunications towers on the basis of the
 7    environmental effects of radio frequency emissions to the
 8    extent that the towers and equipment comply with the FCC
 9    regulations concerning such emissions.
10                Also, this act blocks state and local
11    government agencies, such as this Council, from
12    prohibiting or acting with the effect of prohibiting the
13    provision of personal wireless services.  This means that
14    we cannot act in a way to effectively prohibit personal
15    wireless services in any town or area.
16                Finally, this act prohibits state and
17    local government agencies, such as this Council, from
18    unreasonably discriminating among providers of
19    functionally equivalent services.  Simply put, even if
20    one company provides coverage for a town, other companies
21    have the right to compete and offer services.
22                This does not mean that this Council does
23    not have important decisions to make.  It does.  The
24    applicant has the burden of proving there's a coverage
```

HEARING RE: OMNIPOINT FACILITIES NETWORK 2
MAY 22, 2003 (2:10 PM)

8

1  problem that cannot be solved by tower sharing or
2  utilizing some other existing facility. The Council
3  needs to examine the applicant's proposal, including its
4  form and height, to determine if it will solve the
5  problem and if there are better alternatives.
6       I'd like to note that we have received
7  correspondence concerning a dispute in a lease at one of
8  the properties. It is not up to this Council to
9  adjudicate that lease. Therefore, we will not be taking
10 testimony on that. That lease will be determined in
11 another forum in another time in another place. We're
12 not going there and please don't try to take us. If you
13 want to say anything on that lease, you may file briefs
14 on the subject for the record.
15      The Applicant is Omnipoint Facilities
16 Network 2, LLC, a subsidiary of T-Mobile USA, Inc.,
17 represented by Stephen J. Humes, Esquire, of LeBoeuf,
18 Lamb, Greene & MacRae, LLP. An intervenor is AT&T
19 Wireless PCS, represented by Christopher B. Fisher,
20 Esquire, of Cuddy & Feder. A party is Marie Louise
21 Brown, represented by Robert F. Maslan, Jr., of Rucci,
22 Burnham, Carta & Edelberg, LLP. A party is Iona C.
23 Hubbard, representing herself. Some of these are for one
24 docket and some are for the other and some are for both,