*03CV900memoppmtDism5*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS INC, and OMNIPOINT FACILITIES NETWORK 2, L.L.C.<br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE COUNTRY CLUB OF NEW CANAAN, INC.<br><br>　　　　　　　　　　Defendant. | Civil Action No.:<br>303CV0900AWT |

### AFFIDAVIT OF STEPHEN J. HUMES

I, Stephen J. Humes, being duly sworn, depose and say:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I am an attorney admitted to practice law in the State of Connecticut. I am employed with LeBoeuf, Lamb, Greene & MacRae, L.L.P., counsel for Omnipoint Communications, Inc. and Omnipoint Facilities Network 2, L.L.C. ("Omnipoint") in the present case, and in two matters pending before the Connecticut Siting Council ("Siting Council") known as Dockets 243 and 244.

3. I have personal knowledge of the facts set forth herein.

4. I submit this affidavit in support of Omnipoint's Memorandum of Law in Opposition to Defendant's Motion to Dismiss ("Omnipoint's Memorandum").

5. The documents attached as Exhibits 3 and 4 to Omnipoint's Memorandum are true and correct copies of letters I received from Joseph J. Rucci, Jr.

6. The document attached at Exhibit 7 to Omnipoint's Memorandum is a true and correct copy of an email message I received from Rucci, Burnham.

7. The document attached as Exhibit 8 to Omnipoint's Memorandum is a true and correct copy of an e-mail message I received from Charles A. Drda, the alleged author of the DOT letter.

8. Further affiant sayeth naught.

Executed this 12th day of November, 2003, at Hartford, Connecticut.

_____
Stephen J. Humes

Subscribed and sworn to before me this 12th day of November, 2003.

_____
Notary Public
My Commission Expires: 3/31/08

ROGER J. CIRELLA
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2008