| | |
|---|---|
| **DOCKET NO. 244** | : **CONNECTICUT** |
| | : **SITING COUNCIL** |
| Application of | : |
| | : |
| OMNIPOINT FACILITIES NETWORK 2, | : |
| L.L.C., A SUBSIDIARY OF T-MOBILE, | : |
| USA, INC. FOR A CERTIFICATE OF | : |
| ENVIRONMENTAL COMPATIBILITY | : |
| AND PUBLIC NEED FOR THE CON- | : |
| STRUCTION, OPERATION AND MAIN- | : |
| TENANCE OF A WIRELESS TELE- | : |
| COMMUNICATIONS FACILITY AT | : |
| NEW CANAAN COUNTRY CLUB, 95 | : |
| COUNTRY CLUB ROAD, NEW CANAAN, | : |
| CONNECTICUT. | : **APRIL 30, 2003** |

## NOTICE OF INTENT TO BE PARTY AND PETITION FOR PARTY STATUS

The Country Club of New Canaan, Inc., by its undersigned counsel, hereby gives notice of its intent to be a party in the above-captioned Application as a record owner of land that abuts the land at issue in the Application. The Country Club of New Canaan, Inc. also petitions the Siting Council for party status as the record owner of the land at issue in the Application.

1.  **PETITIONER:**

    The Country Club of New Canaan, Inc.
    c/o Joseph J. Rucci, Jr., Esq.
    Robert F. Maslan, Esq.
    Rucci, Burnham, Carta & Edelberg, L.L.P.
    30 Old King's Highway South
    P.O. Box 1107
    Darien, CT 06820
    Tel. No. (203) 899-3300
    Fax No. (203) 655-4302
    e-mails: rmaslan@rbce.com and jrucci@rbce.com

WHEREFORE, the undersigned respectfully requests that the Siting Council designate the Country Club of New Canaan, Inc. a party in this Application.

**Respectfully submitted,**

**THE COUNTRY CLUB OF NEW CANAAN, INC.**

By: _____
**Joseph J. Rucci, Jr., Esq.
Robert F. Maslan, Jr.
Rucci, Burnham,
Carta & Edelberg, LLP
800 Post Road
P.O. Box 1107
Darien, CT 06820
(203) 655-7695
Juris No. 52220
Its Attorneys**