**Stephen Humes - Letter to CSC**

03CV900 mem Opp mot Dis v 7

| | |
|---|---|
| **From:** | "Christoffel Krediet" <ckrediet@rbce.com> |
| **To:** | <SHUMES@LLGM.COM> |
| **Date:** | 11/12/2003 10:17 AM |
| **Subject:** | Letter to CSC |
| **CC:** | <jrucci@rbce.com>, <mcarta@rbce.com> |

Steve:

The attached letter was faxed to the Connecticut Siting Council the morning of November 10, 2003.

Christoffel Krediet


Christoffel Krediet
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South
Darien, CT  06820
Tel.: 203-899-3346
Fax: 203-655-4302
e-mail:  ckrediet@rbce.com

*******************************
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS MESSAGE AND NOTIFY US IMMEDIATELY BY TELEPHONE OR REPLY E-MAIL.  THANK YOU.

# RUCCI, BURNHAM, CARTA & EDELBERG, LLP
## Attorneys at Law

JOSEPH J. RUCCI, JR.
PAUL H. BURNHAM
MARK R. CARTA
WILLIAM M. CARELLO*
COLETTE SYMON HANRATTY*
GEORGE A. REILLY*
DAVID J. RUCCI

ARTHUR K. ENGLE
HAYDEN R. BRAINARD, JR.*
DARCY S. McALISTER
CHRISTOFFEL KREDIET
D. JOSHUA VOORHEES

*ALSO ADMITTED IN NEW YORK
**ADMITTED IN FLORIDA ONLY
+ALSO ADMITTED IN ARIZONA

30 OLD KING'S HIGHWAY SOUTH
P.O. BOX 1107
DARIEN, CONNECTICUT 06820
TELEPHONE (203) 899-3300
FACSIMILE (203) 655-4302

www.rbce.com

November 10, 2003

Of Counsel:
IAN R. CRAWFORD*
JAMES C. DEMPSEY*
STUART A. McKEEVER*
ALBERTO N. MORIS**
JAMES F. SULLIVAN+
JOHN W. HETHERINGTON*
PAUL B. EDELBERG, P.C.

New Canaan Office:
71 ELM STREET
P.O. BOX 1680
NEW CANAAN, CT 06840
TELEPHONE 203-966-6500
FACSIMILE 203-801-2065

Writer's Direct Dial: 203-899-3341
Writer's e-mail: jrucci@rbce.com

**VIA FACSIMILE (860) 827-2950**
Pamela B. Katz, Chairman
Connecticut Siting Council
10 Franklin Square
New Britain, CT 06051

Re:   **Connecticut Siting Council Docket No. 244**
      **Application of Omnipoint Facilities Network 2, L.L.C.**

Dear Chairman Katz:

This letter confirms that The Country Club of New Canaan, Inc. ("CCNC"), through its undersigned counsel, withdrew its Party status from the above-referenced proceedings on October 7, 2003. CCNC supports Omnipoint's Application being heard on its merits.

Very truly yours,

Joseph J. Rucci, Jr.

*Established 1978*