## Stephen Humes - RE: DOT Policy on Telecommunication Towers

**From:** "Drda, Charles A." <Charles.Drda@po.state.ct.us>
**To:** "'Stephen Humes'" <SHUMES@LLGM.COM>, "Drda, Charles A." <Charles.Drda@po.state.ct.us>
**Date:** 10/10/2003 8:27 AM
**Subject:** RE: DOT Policy on Telecommunication Towers
**CC:** <derek.phelps@po.state.ct.us>, "Hilliard, Joseph P." <Joseph.Hilliard@po.state.ct.us>

Mr. Humes

My apologies for not getting back to you yesterday. The attached file was NOT sent out from my office and was sent without my knowledge. I spent the afternoon tracking down the source as to where the information came from and who sent it. Basically, the information was transcribed from review comments from a previous application and as noted in your email, all of the comments do not apply and/or are entirely correct.

I have been in contact with Mr. Derek Phelps and am in the process of formulating comments for this particular docket. They should be sent to Mr. Phelps early next week.

Please disregard the comments which were previously forwarded to you. I apologize for any inconvenience this may have caused you.

Thank you

Chuck

-----Original Message-----
From: Stephen Humes [mailto:SHUMES@LLGM.COM]
Sent: Thursday, October 09, 2003 5:00 PM
To: charles.drda@po.state.ct.us
Cc: derek.phelps@po.state.ct.us; joseph.hilliard@po.state.ct.us
Subject: DOT Policy on Telecommunication Towers

Mr. Drda:

I placed a call to you today and would appreciate the courtesy of a reply call at your earliest convenience. I would like to discuss the attached document your office apparently filed recently with the Connecticut Siting Council. It appears that the document may have incorrectly been associated with a specific Siting Council docket when the text of the attached document indicates that DOT apparently intended it as a generic statement of DOT policy rather than related to a specific pending application.

Also, the document is confusing to me in that when it states that there can be "no access to the tower from the state roadway," it does not indicate that this DOT policy only applies to limited access state roadways, such as the interstate highways (I-95, I-84, I 91, I-691, I-384, etc.), not all state roadways. In previous dealings with the Office of Rights of Way, they have clearly indicated that the state's concern is to protect the integrity of limited access highways. It is my understanding that the statement does

not apply to other state roads, such as Route 1, Route 34, Route 10, etc.
Please let me know if this is not correct.

Finally, your attached letter indicates that DOT requires 30 days to review
future proposals for telecommunications towers.  As you know, Section 16-50m
and Section 16-50j of the Connecticut General Statutes already require that
any applicant for a telecommunication tower certify that the DOT received a
copy of the application at the time of filing, which provides more than 30
days for the DOT to review and comment on specific proposals.  Please
indicate whether there is any other requirement or regulation regarding
specific DOT notice other than that which is already in place.

Thank you for your assistance in clarifying your communication.

Best regards,

Steve Humes



Stephen J. Humes
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT  06103
860-293-3744
PCS: 203-606-0306
Firm Fax: 860-293-3555
Personal Fax: 860-241-1344
shumes@llgm.com


===============================================================================
This e-mail, including attachments, contains information that is
confidential and may be protected by the attorney/client or other
privileges.  This e-mail, including attachments, constitutes non-public
information intended to be conveyed only to the designated recipient(s).  If
you are not an intended recipient, please delete this e-mail, including
attachments, and notify me.  The unauthorized use, dissemination,
distribution or reproduction of this e-mail, including attachments, is
prohibited and may be unlawful.
===============================================================================