| | |
|---|---|
| **DOCKET NO. 243** | : CONNECTICUT |
| | : SITING COUNCIL |
| Application of | : |
| | : |
| OMNIPOINT FACILITIES NETWORK 2, | : |
| L.L.C., A SUBSIDIARY OF T-MOBILE, | : |
| USA, INC. FOR A CERTIFICATE OF | : |
| ENVIRONMENTAL COMPATIBILITY | : |
| AND PUBLIC NEED FOR THE CON- | : |
| STRUCTION, OPERATION AND MAIN- | : |
| TENANCE OF A WIRELESS TELE- | : |
| COMMUNICATIONS FACILITY AT 270 | : |
| VALLEY ROAD, NEW CANAAN, CON- | : |
| NECTICUT. | : OCTOBER 10, 2003 |

## SUPPLEMENTAL EXHIBIT AND
## RESPONSE TO APPLICANT'S LATE-FILE EXHIBITS

Marie Louise Brown a/k/a Nina M. Brown, Dayton Ogden, Jr. and Margaret R. Ogden (collectively, the "Parties"), parties to the above-referenced Docket, through their undersigned counsel, herewith respond to the Applicant's Late File Exhibits:

1. The photosimulations submitted by the Applicant by no means diminish our opposition to a proposed facility anywhere on 270 Valley Road, New Canaan, Connecticut, as any such facility on the 270 Valley Road site would be severely intrusive, and create an unacceptable environmental impact. The monopole in any configuration – flagpole, tree, or otherwise – is simply too large and unsightly, and presents a serious, unreasonable risk of damage and injury to adjoining properties and property owners.

2. This is compounded by the fact that the Applicant has rebuffed the Town's effort to explore alternative sites on the adjacent Silver Hill Property, and has even refused to meet with representatives of Silver Hill Hospital regarding such sites, despite the

Town's efforts in obtaining the Hospital's cooperation and willingness to discuss such alternative sites. An alternative site on the adjoining Silver Hill property would not impact the Brown and Ogden properties nearly as much as the proposed site on 270 Valley Road, and would not significantly impact (and probably improve) the Applicant's coverage objectives. Moreover, the proposed location on 270 Valley Road presents a continuing threat of damage and injury to the adjoining property, and damage to the public water facility if the antenna collapses or falls.

3. The Parties hereby submit the letter from the State of Connecticut Department of Transportation attached hereto as <u>Exhibit A</u>. Although the letter was recently received by the Siting Council in connection with Docket No. 244, the letter should be made part of the record for Docket No. 243 as well. The letter requires the Siting Council to deny Docket No. 244 because the Department of Transportation has determined that such a location is unacceptable because the adjacent state highway, Route 123, is within the antenna's fall zone, and because the Department of Transportation has prohibited access to the facility from that highway. Because Docket No. 244 must be denied, the Applicant is no longer able to demonstrate that the proposed 270 Valley Road site is an integral part of an integrated network design for the northern part of New Canaan.

Respectfully submitted,

MARGARET R. OGDEN
DAYTON OGDEN, JR.
MARIE-LOUISE BROWN

*R. F. Maslan*

Robert F. Maslan, Jr.
Rucci, Burnham,
Carta & Edelberg, LLP
30 Old Kings Highway South
P.O. Box 1107
Darien, CT  06820
(203) 655-7695
Juris No. 52220
Their Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, to the following on October 10, 2003: See attached Service List.

_____
Robert F. Maslan, Jr., Esq.

Date: May 21, 2003

Docket No. 243
Page 1 of 3

## LIST OF PARTIES AND INTERVENORS
## SERVICE LIST

| Status Granted | Status Holder (name, address & phone number) | Representative (name, address & phone number) |
|---|---|---|
| **Applicant** | Omnipoint Facilities Network 2, L.L.C. | Stephen J. Humes, Esq. <br> Diane W. Whitney, Esq. <br> LeBoeuf, Lamb, Greene & MacRae, L.L.P. <br> Goodwin Square, 225 Asylum Street <br> Hartford, CT 06103 |
| **Intervenor** | AT&T Wireless PCS, LLC <br> d/b/a AT&T Wireless | Christopher B. Fisher, Esq. <br> Cuddy & Feder & Worby LLP <br> 90 Maple Avenue <br> White Plains, NY 10601-5196 <br> (914) 761-1300 <br> (914) 761-6405 - fax |
| **Party** | Iona C. Hubbard <br> 17 Wardwell Drive <br> New Canaan, CT 06840 <br> (203) 972-0030 <br> (203) 972-0030 - fax | |
| **Party** | Marie Louise Brown <br> 2 Wardwell Drive <br> New Canaan, CT 06840 <br> (203) 966-4249 <br> (203) 966-4249 - fax | Robert F. Maslan, Jr. <br> Rucci, Burnham, Carta & Edelberg, LLP <br> 71 Elm St., P.O. Box 1680 <br> New Canaan, CT 06840 <br> (203) 966-6500 <br> (203) 801-2065 |
| **Party** | The Citizens for Responsible Cellular Planning | The Citizens for Responsible Cellular Planning1 <br> c/o Ms. Diane Baldwin, Co-Chairperson <br> 22 Wardwell Drive <br> New Canaan, CT 06840 <br> (203) 966-0782 <br> (203) 966-0167 - fax |

h:\siting\dockets\243\sl.doc

Docket No. 243
Page 2 of 3

## LIST OF PARTIES AND INTERVENORS
### SERVICE LIST

| Status Granted | Status Holder (name, address & phone number) | Representative (name, address & phone number) |
|---|---|---|
| **Intervenor** | Diane M. Baldwin<br>22 Wardwell Drive<br>New Canaan, CT 06840<br>(203) 966-0782<br>(203) 966-0167 - fax | |
| **Party** | Dayton Odgen, Jr.<br>Margaret R. Ogden<br>269 Valley Road<br>New Canaan, CT 06840<br>(203) 966-7598<br>(203) 972-2847 - fax | |
| **Intervenor** | John D. Hough, Trustee<br>Sally N. Hough, Trustee<br>310 Valley Road<br>New Canaan, CT 06840<br>(203) 966-7967<br>(203) 847-8477<br>jhough@snet.net | |
| **Intervenor** | Janet Z. Congdon<br>34 Wardwell Drive<br>New Canaan, CT 06840<br>(203) 966-6116<br>(203) 966-2496 fax<br>jcongdon@congdonco.com | |
| **Party** | The Town of New Canaan | John W. Cannavino, Esq.<br>M. Juliet Bonazzoli, Esq.<br>Cummings & Lockwood<br>Four Stamford Plaza, P.O. Box 120<br>Stamford, CT 06904-0120<br>(203) 327-1700<br>(203) 351-4499 - fax |

Docket No. 243
Page 3 of 3

## LIST OF PARTIES AND INTERVENORS
## SERVICE LIST

| Status Granted | Status Holder (name, address & phone number) | Representative (name, address & phone number) |
|---|---|---|
| Intervenor | Nancy G. Neuser<br>Gary A. Neuser<br>94 Thayer Road<br>New Canaan, CT  06840<br>(203) 966-6079<br>(203) 966-6079 fax<br>ngneuser@optonline.net | |

# STATE OF CONNECTICUT
# DEPARTMENT OF TRANSPORTATION

Subject:

The Connecticut Department of Transportation
Office of Maintenance
Bureau of Engineering and Highway Operations

Request from the Office of Maintenance

The Office of Maintenance must review any future proposals for telecommunications towers. There must be a 30 days allowed for the review process. This time reflect review by the district offices in which the tower will be placed.

Office of Maintenance - Policy

The placement of a telecommunication tower must be far enough away from a State of Connecticut roadway to protect the travelling public should the tower ever collapse. A minimum distance from roadway of the tower height is required.

There can be no access to the tower from the state roadway.


Contact:

Charles A. Drda
Transportation Maintenance Director
Department of Transportation
Bureau of Engineering and Highway Operation
2800 Berlin Turnpike
Newington, CT 06131-7546

Charles.Drda@po.state.ct.us