

# STATE OF CONNECTICUT
### CONNECTICUT SITING COUNCIL
Ten Franklin Square, New Britain, CT 06051
Phone: (860) 827-2935  Fax: (860) 827-2950
E-Mail: siting.council@po.state.ct.us
Web Site: www.state.ct.us/csc/index.htm

October 7, 2003

TO:  Parties and Intervenors

FROM  S. Derek Phelps, Executive Director

RE:  **DOCKET NO. 244** - Omnipoint Facilities Network 2, L.L.C., a subsidiary of T-Mobile, USA, Inc. application for a Certificate of Environmental Compatibility and Public Need for the construction, maintenance and operation of a wireless telecommunications facility at the New Canaan Country Club, 95 Country Club Road, New Canaan, Connecticut.

---

Additional comments have been received from the Department of Transportation, dated October 7, 2003. Copies are attached for your review.

SDP/laf

Enclosure

c:  Council Members

I:\siting\docket\244\sacdot1.doc

# STATE OF CONNECTICUT
# DEPARTMENT OF TRANSPORTATION

Subject:

The Connecticut Department of Transportation
 Office of Maintenance
Bureau of Engineering and Highway Operations

Request from the Office of Maintenance

The Office of Maintenance must review any future proposals for telecommunications towers. There must be a 30 days allowed for the review process. This time reflect review by the district offices in which the tower will be placed.

Office of Maintenance - Policy

The placement of a telecommunication tower must be far enough away from a State of Connecticut roadway to protect the travelling public should the tower ever collapse. A minimum distance from roadway of the tower height is required.

There can be no access to the tower from the state roadway.


Contact:

Charles A. Drda
Transportation Maintenance Director
Department of Transportation
Bureau of Engineering and Highway Operation
2800 Berlin Turnpike
Newington, CT 06131-7546

Charles.Drda@po.state.ct.us

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 12th day of November, 2003, to the following counsel of record:

Mark R. Carta
Rucci, Burnham, Carta & Edelberg, L.L.P.
30 Old King's Highway South
P.O. Box 1107
Darien, CT 06820

Brian O'Donnell