UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMNIPOINT COMMUNICATIONS INC, and OMNIPOINT FACILITIES NETWORK 2, L.L.C. | : : : | |
| Plaintiffs, | : : | Civil Action No.: 303CV0900AWT |
| vs. | : : : | |
| THE COUNTRY CLUB OF NEW CANAAN, INC. | : : : : | |
| Defendant. | : | December 3, 2003 |

## PLAINTIFFS' SURREPLY MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiffs Omnipoint Communications, Inc., and Omnipoint Facilities Network 2, L.L.C. (collectively, "Omnipoint"), hereby request permission to file a surreply memorandum in order to provide the Court with relevant portions of a transcript of a proceeding of the Connecticut Siting Council ("Siting Council"), which became available only after Omnipoint filed its Memorandum of Law in Opposition to Defendant's Motion to Dismiss ("Omnipoint's Memo.").[1] If the Court grants Omnipoint permission to file a surreply, the remainder of this memorandum will so serve.

Defendant concedes that it presented a bogus letter to the Court, makes the stunning admission that Defendant knew the letter was bogus before presenting it the Court, and now justifies that conduct by asserting that Defendant only mentioned portions of the bogus letter that Defendant allegedly decided were nevertheless accurate. In support of this position, Defendant provides pure hearsay in the form of an affidavit from Defendant's counsel reciting what a state

---
[1] Omnipoint offered in its Memorandum to supply relevant transcript pages when available. See Omnipoint's Memo., at 9 n.8, 10 n.9, and 11 n.11.

**ORAL ARGUMENT REQUESTED**

The plaintiff's request to file this surreply memorandum is hereby GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/16/2003