UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2003 DEC 30 P

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC. and OMNIPOINT FACILITIES NETWORK 2 LLC | : NO. 3:03-cv-00900 (AWT) <br> : U.S. DISTRICT COURT <br> : HARTFORD, CT. |
| vs. | : |
| THE COUNTRY CLUB OF NEW CANAN, INC. | : DECEMBER 27, 2004 |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned, pursuant to Local Rule 7(e), hereby moves the Court for leave to withdraw his appearance on behalf of The Country Club of New Canaan, Inc. ("CCNC"). The undersigned has left the law firm of Rucci, Burnham, Carta & Edelberg, LLP ("RBCE"), which is counsel to CCNC, and no longer represents CCNC in any capacity. Mark R. Carta, Esq., who is an attorney with RBCE, has filed an appearance on behalf of CCNC, and has filed various papers in this action. The undersigned requests that in light of Mr. Carta's appearance having been filed, the Court not require actual notice of this Motion by certified mail to CCNC.

Respectfully submitted,

_/s/ R. F. Maslan_
ROBERT F. MASLAN, JR., ESQ. (ct-07919)
Maslan Brown & Associates LLP
9 Old Kings Highway, P.O. Box 37
Darien, Connecticut  06820
Tel. 203-655-1900
Fax 203-655-2210
e-mail:  rmaslan@maslanbrown.com

**ORAL ARGUMENT NOT REQUESTED/**

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing were sent by first class ail, postage prepaid, to the following counsel of record:

| | |
|---|---|
| Dennis Kerrigban, Jr. | Mark R. Carta |
| Brian O'Donnell | Rucci, Burnham, Carta & Edelberg, LLP |
| Jessica A. Ballou | P.O. Box 1107 |
| LeBoeuf, Lamb, Greene & MacRae | Darien, CT 06820 |
| Goodwin Square | Counsel for Defendant |
| 225 Asylum Street | |
| Hartford, CT 06103 | |
| Counsel for Plaintiffs | |

_____
Robert F. Maslan, Jr.