**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
OMNIPOINT COMMUNICATIONS      :
INC., et al.                  :
                              :
     Plaintiffs,              :
v.                            :    Civil No. 3:03CV00900(AWT)
                              :
THE COUNTRY CLUB OF NEW       :
CANAAN, INC.,                 :
                              :
     Defendant.               :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_\_   A ruling on the following motion(s), which is/are currently pending:(orefm.)
  • Doc.# \_\_ _____

  X    A settlement conference (orefmisc./cnf)

\_\_\_\_\_   A conference to discuss the following:  (orefmisc./cnf)
       _____

\_\_\_\_\_   Other: (orefmisc./misc)_____

SO ORDERED this 2nd day of February, 2004, at Hartford, Connecticut.

                                    /s/
                              Alvin W. Thompson
                         United States District Judge