UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC., and OMNIPOINT FACILITIES NETWORK 2, L.L.C., :<br>Plaintiffs, :<br>vs. :<br>THE COUNTRY CLUB OF NEW CANAAN, INC. :<br>Defendant. : | Civil Action No.:<br>3:03CV0900(AWT)<br><br><br><br><br>JANUARY 23, 2004 |

### MOTION FOR ADOPTION OF SCHEDULING REPORT

Plaintiffs Omnipoint Communications, Inc. and Omnipoint Facilities Network 2, L.L.C. ("Omnipoint") hereby move for adoption of the attached Rule 26(f) Report of Parties' Planning Conference as the schedule for further proceedings in this case. In support of this motion, Omnipoint represents as follows:

1. The parties negotiated a scheduling plan on several occasions, but have been unable to reach agreement on all aspects of a proposed schedule, as reflected in the draft Rule 26(f) Report of Parties Planning Conference, attached hereto as Exhibit A;

2. Defendant filed a Motion to Stay, dated October 10, 2003, and Motion to Dismiss, dated October 23, 2003, both of which have been fully briefed and are pending before the Court;

3. The parties have engaged in protracted settlement efforts, which have not yet borne fruit;

4. On January 22, 2004, counsel for Omnipoint, Brian O'Donnell and Stephen J. Humes, contacted counsel for Defendant, Mark R. Carta, by telephone, to attempt to

GRANTED. The attached Rule 26(f) Report of Parties' Planning Conference is hereby APPROVED. The defendant has had reasonable time in which to join additional parties or otherwise amend its pleadings; any motion by the defendant to do so must be filed within 20 days and show good cause for the delay. Discovery shall be completed by July 31, 2004. Dispositive motions, if any, shall be filed on or before September 30, 2004. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/2/04