

*GRANTED, nunc pro tunc, to and including October 16, 2003. It is so ordered.*
*Alvin W. Thompson, U.S.D.J.    Hartford, CT    2/2/2004*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS INC., and OMNIPOINT FACILITIES NETWORK 2, L.L.C., | Civil Action No.: |
| Plaintiffs, | 3:03-CV-0900 (AWT) |
| vs. | |
| THE COUNTRY CLUB OF NEW CANAAN, INC., | |
| Defendant. | June 12, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant, The Country Club of New Canaan, Inc., by its undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(b)(1), hereby moves for an extension of 30 days in the time to file an answer or motion addressed to the complaint. Good cause exists in that the defendant has referred the summons and complaint to its insurance carrier, which has not yet determined whether to retain separate defense counsel.

The undersigned has consulted with opposing counsel, who agrees to the requested 30-day extension. No prior motions for extension of time with respect to the filing of an answer or motion addressed to the complaint have been filed.