UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMNIPOINT COMMUNICATIONS, INC., and OMNIPOINT FACILITIES NETWORK 2, L.L.C., | : : : | Civil Action No. 3:03-cv-0900(AWT) |
| Plaintiffs, | : : | |
| vs. | : : | |
| THE COUNTRY CLUB OF NEW CANAAN, INC., | : : : | |
| Defendant. | : | April 12, 2004 |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINES**

Plaintiffs Omnipoint Communications, Inc. and Omnipoint Facilities Network 2, L.L.C., and the Defendant, The Country Club of New Canaan, Inc., having come before the Honorable Magistrate Judge Donna F. Martinez for a settlement conference on April 8, 2004, and having agreed, subject to the Court's consent, to a two-week extension of all discovery deadlines as a result of ongoing settlement negotiations, move the Court to grant a two-week extension of all discovery deadlines.

AGREED AND ACCEPTED:

The Country Club of New Canaan, Inc.

BY: _____          4-12-04
Mark R. Carta (ct06645)                     Date
Rucci, Burnham, Carta & Edelberg, LLP
30 Old Kings Highway South
Post Office Box 1107
Darien, Connecticut 06820
(203) 899-3300/mcarta@rbce.com

Omnipoint Communications, Inc. and
Omnipoint Facilities Network, L.L.C.

BY: _____          4/13/04
Brian O'Donnell (ct16041)                   Date
Dennis F. Kerrigan, Jr. (ct09621)
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, Connecticut 06103-1516
(860) 293-3747


SO ORDERED:


BY: _____          _____
The Honorable Magistrate Judge Donna F. Martinez    Date
United States Magistrate Judge
United States District Court