FILED

2004 APR 19  P 2: 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMNIPOINT COMMUNICATIONS, INC., and OMNIPOINT FACILITIES NETWORK 2, L.L.C., | : : : : | Civil Action No. 3:03-cv-0900(AWT) |
| Plaintiffs, | : : | |
| vs. | : : | |
| THE COUNTRY CLUB OF NEW CANAAN, INC., | : : : | |
| Defendant. | : | April 12, 2004 |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINES

Plaintiffs Omnipoint Communications, Inc. and Omnipoint Facilities Network 2, L.L.C., and the Defendant, The Country Club of New Canaan, Inc., having come before the Honorable Magistrate Judge Donna F. Martinez for a settlement conference on April 8, 2004, and having agreed, subject to the Court's consent, to a two-week extension of all discovery deadlines as a result of ongoing settlement negotiations, move the Court to grant a two-week extension of all discovery deadlines.

GRANTED. So ordered. 4/16/04.

[signature] USDJ