**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
OMNIPOINT COMMUNICATIONS       :
INC., et al.                   :
                               :
     Plaintiffs,               :
v.                             :    Civil No. 3:03CV00900(AWT)
                               :
THE COUNTRY CLUB OF NEW        :
CANAAN, INC.,                  :
                               :
     Defendant.                :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_    A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

  X    A ruling on the following motion, which is currently pending:(orefm.)
- Doc.# <u>41</u> <u>Joint Motion to Extend Discovery Deadlines</u>

\_\_\_\_\_    A settlement conference (orefmisc./cnf)

\_\_\_\_\_    A conference to discuss the following:   (orefmisc./cnf)

\_\_\_\_\_    Other:   (orefmisc./misc)_____

SO ORDERED this 15th day of April, 2004, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge