*Held 20 mins*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

April 29, 2004

2:00 p.m.

CASE NO. **3:03CV900 (AWT)**     **Omnipoint Comm. V. Country Club of New Canaan**

COUNSEL OF RECORD:

| | |
|---|---|
| Jessica A. Ballou | LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum St.<br>Hartford, CT 06103<br>860-293-3535<br>860-293-3555 (fax)<br>jballou@llgm.com |
| Mark R. Carta | Rucci, Burnham, Carta & Edelberg<br>30 Old Kings Highway South<br>P.O. Box 1107<br>Darien, CT 06820<br>203-899-3300<br>mcarta@rbce.com |
| Dennis F. Kerrigan, Jr. | LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum St.<br>Hartford, CT 06103<br>860-293-3544<br>860-293-3555 (fax)<br>dennis.kerrigan@llgm.com |
| Robert F. Maslan, Jr. | Maslan Brown & Associates<br>9 Old King's Hgwy S., PO Box 37<br>Darien, CT 06820<br>203-655-1900<br>203-655-2210 (fax)<br>rmaslan@maslanbrown.com |

Brian O'Donnell					LeBoeuf, Lamb, Greene & MacRae
						Goodwin Square
						225 Asylum St.
						Hartford, CT 06103
						860-293-3747
						860-293-3555 (fax)
						bodonnel@llgm.com




						BY ORDER OF THE COURT
						KEVIN F. ROWE, CLERK