UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OMNIPOINT COMMUNICATIONS INC,          :
and OMNIPOINT FACILITIES               :
NETWORK 2, L.L.C.                      :
                        Plaintiffs,    :        Civil Action No.:
                                       :        3:03CV0900(AWT)
vs.                                    :
                                       :
THE COUNTRY CLUB OF                    :
NEW CANAAN, INC                        :
                                       :
                                       :
                        Defendant.     :        July 2, 2004

## MOTION TO SEAL

Pursuant to D. Conn. L. Civ. R. 5(d)(1), Plaintiffs Omnipoint Communications, Inc, and

Omnipoint Facilities Network 2, L.L.C. (collectively "Omnipoint"), hereby seek advance

permission of the Court to file a document under seal.  Omnipoint seeks to file under seal a

Reformed and Restated Lease ("Lease") which will be attached to an Uncontested Order for

Confirmation and Reformation of Lease ("Order").

The basis for Omnipoint's request that the Lease be filed under seal is that the Lease

contains confidential, commercial, business, financial and proprietary information, and trade

secrets.  Omnipoint would suffer undue harm if the information contained in the Lease were

accessible to the public.  Omnipoint would suffer irreparable harm as a result from the disclosure

of this confidential information in that Omnipoint's competitive position would be affected vis-à-

vis Omnipoint's direct and indirect competitors and potential future landlords.

Defendant The Country Club of New Canaan does not oppose this Motion and agrees that

maintaining confidentiality of the Lease is in its interest as well.

WHEREFORE, Omnipoint moves that the Lease be filed under seal.

Dated: **July 2, 2004**

> PLAINTIFFS,
> OMNIPOINT COMMUNICATIONS, INC. and
> OMNIPOINT FACILITIES NETWORK 2, L.L.C.
>
>
> By:_____
> Dennis F. Kerrigan, Jr. (ct09621)
> Stephen J. Humes (ct14065)
> Brian O'Donnell (ct16041)
> LeBoeuf, Lamb, Greene & MacRae, L.L.P.
> Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103
> Telephone: (860) 293-3500
> Facsimile: (860) 293-3555
> Email: bodonnel@llgm.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Seal was sent via e-mail and first

class mail, postage prepaid, on this the 2nd day of July 2004, to the following counsel of record:

> Mark R. Carta, Esq.
> Rucci, Burnham, Carta & Edelberg, L.L.P.
> 30 Old King's Highway South
> P.O. Box 1107
> Darien, CT 06820

Brian O'Donnell