

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OMNIPOINT COMMUNICATIONS INC, :
and OMNIPOINT FACILITIES :
NETWORK 2, L.L.C. :
                      Plaintiffs, : Civil Action No.:
                              : 3:03CV0900(AWT)
vs. :

THE COUNTRY CLUB OF :
NEW CANAAN, INC :
                      Defendant. : July 2, 2004

## MOTION TO SEAL

Pursuant to D. Conn. L. Civ. R. 5(d)(1), Plaintiffs Omnipoint Communications, Inc, and Omnipoint Facilities Network 2, L.L.C. (collectively "Omnipoint"), hereby seek advance permission of the Court to file a document under seal. Omnipoint seeks to file under seal a Reformed and Restated Lease ("Lease") which will be attached to an Uncontested Order for Confirmation and Reformation of Lease ("Order").

The basis for Omnipoint's request that the Lease be filed under seal is that the Lease contains confidential, commercial, business, financial and proprietary information, and trade secrets. Omnipoint would suffer undue harm if the information contained in the Lease were accessible to the public. Omnipoint would suffer irreparable harm as a result from the disclosure of this confidential information in that Omnipoint's competitive position would be affected vis-à-vis Omnipoint's direct and indirect competitors and potential future landlords.

Defendant The Country Club of New Canaan does not oppose this Motion and agrees that maintaining confidentiality of the Lease is in its interest as well.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford CT  7/17/04