UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT 28 A 10: 38

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS INC. and ) <br> OMNIPOINT FACILITIES NETWORK 2, L.L.C. ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> THE COUNTRY CLUB OF NEW CANAAN, ) <br> INC. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 3:03CV0900 (AWT) <br><br><br><br><br><br><br> October 27, 2004 |

## APPEARANCE

Please enter my appearance as counsel for Plaintiffs Omnipoint Communications, Inc. and Omnipoint Facilities Network 2, L.L.C. in the above-entitled action.

Dated at Hartford, Connecticut this 27th day of October, 2004.

THE PLAINTIFFS,
OMNIPOINT COMMUNICATIONS, INC.
And OMNIPOINT FACILITIES
NETWORK 2, L.L.C.
BY MCCARTER & ENGLISH, LLC.
THEIR ATTORNEYS

By /s/ Allison A. Wood
Allison A. Wood (CT 23257)
CityPlace I, 185 Asylum Street
Hartford, Connecticut 06103
Tel: (860) 275-6700
Fax: (860) 724-3397
e-mail address: awood@mccarter.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Appearance was served via first class mail, postage prepaid, this 27th day of October, 2004 to:

>Robert F. Maslan, Jr., Esq.
>Rucci, Burnham, Carta & Edelberg, LLP
>30 Old King's Highway South
>P.O. Box 1107
>Darien, CT 06820
>
>Dennis F. Kerrigan, Esq.
>Brian O'Connell, Esq.
>LeBoeuf, Lamb, Greene & MacRae, LLP
>Goodwin Square
>225 Asylum Street
>Hartford, CT 06103

Allison A. Wood

HARTFORD: 609526.01