UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

OMNIPOINT COMMUNICATIONS INC,
and OMNIPOINT FACILITIES
NETWORK 2, L.L.C.
             Plaintiffs,  :  Civil Action No.:
                                 :  3:03CV0900(AWT)
vs.

THE COUNTRY CLUB OF
NEW CANAAN, INC
             Defendant.  :  November 1, 2004

## MOTION FOR LEAVE TO WITHDRAW APPEARANCES

Pursuant to Rule 7(e) of the District of Connecticut Local Rules of Civil Procedure, Dennis F. Kerrigan, Jr., Brian O'Donnell and Jessica A. Ballou of the law firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., hereby move the Court for leave to withdraw their appearances on behalf of Omnipoint Communications Inc. and Omnipoint Facilities Network 2, L.L.C. (collectively, "Omnipoint") in the above-captioned matter. Stephen J. Humes and Allison A. Woods of McCarter & English, LLC have filed appearances on behalf of Omnipoint.

                                 PLAINTIFFS,
                                 OMNIPOINT COMMUNICATIONS, INC. and
                                 OMNIPOINT FACILITIES NETWORK 2, L.L.C.

                                 By: _____
                                     Dennis F. Kerrigan, Jr. (ct09621)

                                 By: _____
                                     Brian O'Donnell (ct16041)

                                 By: _____
                                   Jessica A. Ballou (ct22253)

                                 LeBoeuf, Lamb, Greene & MacRae, L.L.P.
                                 Goodwin Square
                                 225 Asylum Street
                                 Hartford, CT 06103
                                 Telephone: (860) 293-3500
                                 Facsimile: (860) 293-3555

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Leave to Withdraw Appearances was sent, by first class mail, postage prepaid, on this 1st day of November, 2004, to the following counsel of record:

Mark R. Carta
Rucci, Burnham, Carta & Edelberg, L.L.P.
30 Old King's Highway South
P.O. Box 1107
Darien, CT 06820

Stephen J. Humes
Allison A. Wood
McCarter & English, LLC
CityPlace I
185 Asylum Street
Hartford, CT 06103

Dennis F. Kerrigan, Jr.