FILED

2004 NOV 12  P 12: 58

U.S. DISTRICT COURT
HARTFORD, CT,

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC., and OMNIPOINT FACILITIES NETWORK 2, L.L.C., | Civil Action No. 3:03-cv-0900(AWT) |
| Plaintiffs, | |
| vs. | |
| THE COUNTRY CLUB OF NEW CANAAN, INC., | |
| Defendant. | |

## JUDGMENT

Pursuant to Rule 58 of the Federal Civil Rules of Procedure, judgment in the above-captioned action is hereby entered as to all claims raised by the parties in accordance with the Uncontested Order for Confirmation and Reformation of Lease dated July 2, 2004 and filed on September 14, 2004.

Dated at Hartford, Connecticut this 12th day of November, ~~September~~, 2004.

The Honorable Alvin W. Thompson
United States District Judge
United States District Court