UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMNIPOINT COMMUNICATIONS INC, and OMNIPOINT FACILITIES NETWORK 2, L.L.C. | : : : : | |
| Plaintiffs, | : : | Civil Action No.: 3:03CV0900(AWT) |
| vs. | : : | |
| THE COUNTRY CLUB OF NEW CANAAN, INC | : : : | |
| Defendant. | : | November 1, 2004 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCES

Pursuant to Rule 7(e) of the District of Connecticut Local Rules of Civil Procedure, Dennis F. Kerrigan, Jr., Brian O'Donnell and Jessica A. Ballou of the law firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., hereby move the Court for leave to withdraw their appearances on behalf of Omnipoint Communications Inc. and Omnipoint Facilities Network 2, L.L.C. (collectively, "Omnipoint") in the above-captioned matter. Stephen J. Humes and Allison A. Woods of McCarter & English, LLC have filed appearances on behalf of Omnipoint.

FILED 2004 NOV 12 P 3: 52 U.S. DISTRICT COURT HARTFORD, CT

PLAINTIFFS,
OMNIPOINT COMMUNICATIONS, INC. and
OMNIPOINT FACILITIES NETWORK 2, L.L.C.

By: _____
Dennis F. Kerrigan, Jr. (ct09621)

By: _____
Brian O'Donnell (ct16041)

By: _____
Jessica A. Ballou (ct22253)

LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/12/04